The application is denied. According to the facts of this case as disclosed by the opinion of the Court of Appeal, the result reached by the court is correct.

233 So.2d 252

**Lee J. GARY**

**v.**

**TRAVELERS INSURANCE COMPANY.**

**No. 50441.**

April 3, 1970.

In re: Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 230 So.2d 606.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

233 So.2d 253

**STATE of Louisiana ex rel.
Earl SMITH**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 50478.**

April 13, 1970.

In re: Earl Smith applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

SUMMERS, J., and BARHAM, J., are of the opinion an evidentiary hearing should have been granted by the trial court.